UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO. 8:24-cv-02318-JSM-SPF

**ENRIQUE ALVEAR**,

Plaintiff,

vs.

**HESS FINE ARTS, INC., d/b/a OLD NORTHEAST JEWELERS, a Florida for-profit corporation**,

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, ENRIQUE ALVEAR and Defendant HESS FINE ARTS, INC. d/b/a OLD NORTHEAST JEWELERS, hereby give notice that the parties have reached a tentative settlement in this case and are working on the necessary paperwork to resolve all claims. Accordingly, the parties respectfully request that the Court stay this proceeding and all deadlines for twenty (20) days from the date of filing this Notice, which will allow the parties to finalize their settlement agreement and to submit the dismissal document to dismiss this case with prejudice.

Dated: January 8, 2025

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 North Hiatus Road
Sunrise, FL 33351-7919
T. 954/362-3800
954/362-3779 (Facsimile)
Email: rhannah@rhannahlaw.com

By *s/ Roderick V. Hannah*
RODERICK V. HANNAH
Fla. Bar No. 435384

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
6355 N.W. 36th Street, Ste. 307
Virginia Gardens, FL 33166
T. 305/266-9780
305/269-8311 (Facsimile)
Email duranandassociates@gmail.com

By *s/ Pelayo M. Duran*
PELAYO M. DURAN
Fla. Bar No. 0146595

**HARDER LAW**
Counsel for Defendant
23110 State Road 54 #157
Lutz, Florida 33549
(813) 455-4551
gharder@harderlawgroup.com
pleadngs@harderlawgroup.com

By: *s/ George Harder*
GEORGE HARDER
Fla. Bar No. 88649